In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-13-0055-CR
 No. 07-13-0056-CR
 No. 07-13-0057-CR
 ________________________
 
 DAVID BENNARD WICKERSON, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE
 

 
 On Appeal from the 108th District Court
 Potter County, Texas
Trial Court Nos. 62,326-E, 62,317-E and 62,388-E, Honorable Douglas Woodburn, Presiding 

 
 March 13, 2013
 
 MEMORANDUM OPINION
 
 Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 
Appellant, David Bennard Wickerson, appeals his convictions for aggravated assault with a deadly weapon, tampering with physical evidence and possession of a controlled substance. The certification of right to appeal executed by the trial court in each case states that this is a plea bargain case and the defendant has NO right of appeal and the defendant has waived the right of appeal. This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal each case. No such certification was received within the time we allotted. Having received no amended certification, we dismiss the appeals per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.